| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF FLORIDA, PENSACOLA DIVISION | |
| Case number (if known) _____    Chapter  **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Phoenix Telecom, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-0655747** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**2991 S. Hwy. 29**<br>**Cantonment, FL 32533**<br>Number, Street, City, State & ZIP Code<br><br>**Escambia**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O. Box 527**<br>**Cantonment, FL 32533**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 1

Debtor  **Phoenix Telecom, Inc.**　　　　　　　　　　　　　　　　　　Case number (*if known*)　　　　　　　　
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　**7130**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Debtor  **Phoenix Telecom, Inc.** _____  Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ■ $1,000,001 - $10 million
- ☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor **Phoenix Telecom, Inc.**　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Phoenix Telecom, Inc.**        Case number (*if known*) _____
     Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **6.13.2023**
                MM / DD / YYYY

X  /s/ (signature)                                           **Jesus V. Delgado**
   Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

X  /s/ Jodi Daniel Dubose                                   Date  **6.13.2023**
   Signature of attorney for debtor                                   MM / DD / YYYY

**Jodi Daniel Dubose**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**41 N. Jefferson St., Suite 111**
**Pensacola, FL 32502**
Number, Street, City, State & ZIP Code

Contact phone  **850-637-1836**        Email address  **jdubose@srbp.com**

**052651 - Florida FL**
Bar number and State

Acentria Insurance (CNA)
10427 Sorrento Rd., #305
Pensacola, FL 32507

AFI Construction
3754 Hwy. 1153
959 Lake Rd.
Oakdale, LA 71463

Ahern Rentals, Inc.
1401 Mineral Ave.
Las Vegas, NV 89106

Airgas USA, LLC
P.O. Box 734672
Dallas, TX 75373

Alabama Department of Revenue
P.O. Box 327465
Montgomery, AL 36132

All American Crane & Rigging
105 Four Points Way
Tallahassee, FL 32305

All-State Fence Company
10200 Hwy. 191
Midland, TX 79707

Ally Financial
Payment Processing Center
P.O. Box 78234
Phoenix, AZ 85062

American Testing Laboratory, Inc.
1230 8th Ave. N.
Bessemer, AL 35020

Americrane
9892 Doerr Lane
Schertz, TX 78154

Attorney General of the United States
950 Pennsylvania Ave., N.W.
Washington, DC 20530-0001

Auto Owners Insurance
P.O. Box 740312
Cincinnati, OH 45274

Badger Daylighting Corp.
4910 N. County Rd. 900 E.
Brownsburg, IN 46112

Bear Property Holdings, LLC
701 S. L St.
Pensacola, FL 32502

Blossman Gas & Appliance
3075 W. Michigan Ave.
Pensacola, FL 32526

BrandSafway Solutions, LLC
3201 West Nine Mile Rd.
Pensacola, FL 32534

Cassels Construction, Inc
3137 Greenwell Springs Rd.
Greenwell Springs, LA 70739

Cassida Construction Co., LLC
210 e. Garden St.
Pensacola, FL 32502

Caterpillar Financial Services Corp.
2120 West End Ave.
Nashville, TN 37203-0986

Close-Out Department, LLC, The
1713 Abadie Ave.
Metairie, LA 70003

CloudFund, LLC
400 Rella Blvd., Suite 165-101
Suffern, NY 10901

Coastal Machinery LLC
10012 Umbehagen Lane
Baton Rouge, LA 70817-7321

Craneworks
2340 Woodcrest Place
Birmingham, AL 35209

Daley Tower Service, Inc.
601 Hector Connoly Rd.
Carencro, LA 70520

Davis Crane Services, Inc.
1212 N. Loop 12

Irving, TX 75061

Davis Telecom, LLC
1310 Panferio Dr.
Gulf Breeze, FL 32561

Deep South Crane Rentals, Inc.
P.O. Box 37159
Pensacola, FL 32526

Jesus and Candice Delgado
P.O. Box 527
Cantonment, FL 32533

Engineered Tower Solutions, PLLC
2624 Leighton Ridge Dr., #100
Wake Forest, NC 27587

Enterprise Fleet Management, Inc.
2271 Valleydale Rd., Suite 300
Birmingham, AL 35244

Escambia County
190 W. Government St.
Pensacola, FL 32502

Escambia County Tax Collector
P.O. Box 1312
Pensacola, FL 32591

Fisher Brown Bottrell Insurance, Inc.
P.O. Box 22505
Jackson, MS 39225

Florida Department of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

Florida Department of Revenue
2205 La Vista Ave., Suite B
Pensacola, FL 32504-8210

Ford Credit
National Bankruptcy Service Center
P.O. Box 62180
Colorado Springs, CO 80962

James M. Gilly, Jr.
1840 Ridgefield Dr.
Roswell, GA 30075

Glenn Machine Works, Inc.
P.O. Box 1247
Columbus, MS 39703

Ground Penetrating Radar Systems, LLC
P.O. Box 932
Toledo, OH 43697-0932

Gulf Coast Crane
5961 Hwy 44
Corpus Christi, TX 78406

Gulf Egine.com
P.O. box 2350
Harvey, LA 70059

H&E Equipment Services, Inc.
P.O. Box 849850
Dallas, TX 75284

H&H Pensacola
6794 Pensacola Blvd.
Pensacola, FL 32505

Herc Rentals
1907 N. Beltline Hwy.
Mobile, AL 36618

Herring Ford
820 Memorial Blvd.
Picayune, MS 39466

Hiller Companies, The
5040 Commerce Park Circle
Pensacola, FL 32505

HOLCIM
28098 Network Place
Chicago, IL 60673-1280

IDS Concrete Cutting
P.O. box 11407
Birmingham, AL 35246-2361

Joyce Steel Erection, LLC
P.O. Box 8466
Longview, TX 75607

Kennedy Fabricating

P.O. Box 1357
Splendora, TX 77372

Legacy Cranes & Equipment
1200 Radcliff Rd.
Creola, AL 36525

Louisiana Department of Revenue
P.O. Box 4969
Baton Rouge, LA 70821

Louisiana Testing & Inspection, Inc.
P.O. Box 2934
Lafayette, LA 70502

Marlin Business Bank
2795 E. Cottonwood Pkwy.
Salt Lake City, UT 84121

Mathes Electric Supply Co., Inc.
of Pensacola
6 W. 41st Lane
Pensacola, FL 32505

Mississippi Department of Revenue
P.O. Box 23050
Jackson, MS 39225

Mode Transportation
P.O. Box 936644
Atlanta, GA 31193-6644

North Carolina Department of Revenue
P.O. box 25000
Raleigh, NC 27640-0615

Northwest Crane Service
1518 Oklahomna Ave.
Woodward, OK 73801

Oge's Rent All Center
129 Banks Ave.
Lafayette, LA 70506

Paychex
1175 John St.
West Henrietta, NY 14586

PerfectVision
P.O. Box 841444

Dallas, TX 75284

Premier Hot Shot, L.L.C.
14141 Airline Hwy.
Baton Rouge, LA 70817

Principal Life Insurance Company
P.O. Box 77202
Minneapolis, MN 55480

Renasant Bank
501 Commendencia St. # 2
Pensacola, FL 32502

Rudd & Son Welding, Inc.
P.O. Box 1087
Gonzalez, FL 32560

Saltmarsh, Cleaveland & Gund
900 N. 12th Ave.
Pensacola, FL 32501

SGS Tower
315 W. Huron St., #120
Ann Arbor, MI 48103

Spireon
P.O. Box 208712
Dallas, TX 75320

Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211

Test Communications
63254 Old Military rd.
Pearl River, LA 70452

Texas State Comptroller
P.O. box 13528
Austin, TX 78711-3528

Tower Engineering Professionals, Inc.
326 Tryon Rd.
Raleigh, NC 27603

U.S. Attorney
Attn: Civil Process Clerk
21 E. Garden St., #400
Pensacola, FL 32502

U.S. Small Business Administration
1 North St., Suite 320
Birmingham, AL 35203

United Rentals
P.O. Box 100711
Atlanta, GA 30384

UnitedHealthcare
UHS Billing
P.O. Box 959782
Saint Louis, MO 63195

UnitedHealthcare
P.O. Box 19032
Green Bay, WI 54307-9032

Valmont Site Pro
202 S. Michigan St.
South Bend, IN 46601

Wesco Gas & Welding Supply, Inc.
P.O. Box 10546
Mobile, AL 36610-0546

World Ford
6397 Pensacola Blvd.
Pensacola, FL 32505